# United States District Court

## *Southern District of Georgia*

ACE AMERICAN FIRE &
MARINE INSURANCE
COMPANY KOREA

Plaintiff

Case No.    4:25-CV-00290-RSB-CLR

**v.**   J.D. CONSULT ENTERPRISE
LLC, et al.

Appearing on behalf of

Plaintiff

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of February, 2026.

UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:    Thomas M. Fedeli

Business Address:    Clyde & Co US LLP

Firm/Business Name

355 S. Grand Avenue, Suite 1400

Street Address

| | Los Angeles | CA | 90071 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (213) 358-7674 | Not Applicable |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:    thomas.fedeli@clydeco.us